# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH DIANE VALOT, | ) NO. SA CV 08-1366 SJO (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MARY LATTIMORE, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 25, 2010.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE